GLADYS OKYLE, Individually and as Administratrix of the Estate of JULIUS OKYLE, Deceased, as Stockholder and Creditor of Highbridge Family Laundry Service, Inc., on Her Own Behalf and on Behalf of Stockholders or Creditors Similarly Situated, Plaintiff, *v.* HIGHBRIDGE FAMILY LAUNDRY SERVICE, INC., et al., Defendants.

MARK L. GILLER, as Substituted Receiver of Highbridge Family Laundry Service, Inc., Appellant; LOUIS L. SCHWARTZ et al., Respondents.

Submitted May 17, 1943; decided May 27, 1943.

*Hyman B. Jackson* for motion.

*Louis L. Schwartz* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.